UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAYLEE REVELL WHITEHEAD
and DUSTIN WHITEHEAD,

    Plaintiffs,

v.                            CASE NO.   4:24-cv-41-AW/MAF

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff's, HAYLEE REVELL WHITEHEAD and DUSTIN WHITEHEAD, hereby dismisses this action with prejudice, with each side to bear their own fees and costs. Plaintiff's requests that the Court retain jurisdiction to enforce the terms of settlement.

                          Respectfully submitted,

                          */s/ Erika E. Goodman*
                          Erika E. Goodman, Esq.
                          Florida Bar No.: 0060951
                          **MARIE A. MATTOX, P.A.**
                          203 North Gadsden Street
                          Tallahassee, Florida 32301
                          Telephone: (850) 383-4800
                          Facsimile: (850) 383-4801
                          erika@erikagoodmanlaw.com
                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 3rd day of September 2024, which will send Notification of Electronic Filing to all counsel of record.

*/s/ Erika E. Goodman*
Erika E. Goodman