IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAYLEE REVELL WHITEHEAD
and DUSTIN WHITEHEAD,

    Plaintiffs,

v.                        Case No. 4:24-cv-41-AW-MAF

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,

    Defendant.
_____/

## ORDER STRIKING NOTICE OF DISMISSAL

The notice of voluntary dismissal with prejudice (ECF No. 16) is ineffective and is therefore STRICKEN. Because Defendant has filed an answer, Plaintiff cannot unilaterally dismiss. *See* Fed. R. Civ. P. 41(a)(1)(A).

SO ORDERED on September 4, 2024.

                                      s/ *Allen Winsor*
                                      United States District Judge