IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HAYLEE REVELL WHITEHEAD and
DUSTIN WHITEHEAD,

    Plaintiffs,

v.                                  Case No. 4:24-cv-41-AW-MAF

STATE OF FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Haylee Revell Whitehead and Dustin Whitehead, and Defendant, State of Florida Department of Children and Families (collectively "the Parties"), pursuant to Fed.R.Civ.P. 41 and this Court's Order Striking Notice of Dismissal dated September 4, 2024, file this Joint Stipulation for Dismissal of this case with prejudice. The Parties ask the Court to retain jurisdiction to enforce the settlement.

Respectfully submitted this 10th day of September 2024.

| | |
|---|---|
| /s/ Erika E. Goodman | /s/Dawn M. McMahon |
| Erika E. Goodman, Esq. | Dawn M. McMahon |
| Florida Bar No.: 0060951 | Florida Bar No.: 735531 |
| MARIE A. MATTOX, P.A. | dmcmahon@henryblaw.com |
| 203 North Gadsden Street | Miriam R. Coles |
| Tallahassee, Florida 32301 | Florida Bar No.: |
| Telephone: (850) 383-4800 | mcoles@henryblaw.com |
| Facsimile: (850) 383-4801 | HENRY BUCHANAN, P.A. |
| erika@erikagoodmanlaw.com | P.O. Box 1479 |

| | |
|---|---|
| Counsel for Plaintiff | Tallahassee, Florida 32308 |
| | Telephone No.: (850)222-2960 |
| | Facsimile No.: (850)224-0034 |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification to all counsel of record on this on this <u>10th</u> day of September 2024.

<u>*s/Dawn M. McMahon*</u>
Attorney