IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HAYLEE REVELL WHITEHEAD**
**and DUSTIN WHITEHEAD,**

    **Plaintiffs,**

v.                                      Case No. 4:24-cv-41-AW-MAF

**STATE OF FLORIDA DEPARTMENT**
**OF CHILDREN AND FAMILIES,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 18. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

The court will retain jurisdiction for 30 days to enforce the settlement.

SO ORDERED on September 11, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge